

# Fourth Court of Appeals
## San Antonio, Texas

October 13, 2015

No. 04-15-00511-CV

**IN THE INTEREST OF V.H., ET AL CHILDREN**,

From the 166th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-PA-00098
Honorable Charles E. Montemayor, Judge Presiding

# O R D E R

The Appellant's Motion for Extension of Time to File Brief is GRANTED. The appellant's brief is due on November 4, 2015.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 13th day of October, 2015.

_____
Keith E. Hottle
Clerk of Court